IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK CHAMBERLAIN
V.
THE CITY OF PHILADELPHIA ET AL

CIVIL ACTION
NO. 20-CV-6572

NOTIFICATION OF CHANGE IN ADDRESS

THE PLAINTIFF, MARK CHAMBERLAIN, HEREBY NOTICE, INFORMS THE UNITED STATES COURTS FOR THE EASTERN DISTRICT, OF THE CHANGE IN PLAINTIFF'S ADDRESS.

FROM THIS MOMENT FORWARD PLEASE CORRESPOND WITH THE PLAINTIFF, MARK CHAMBERLAIN AT THE FOLLOWING ADDRESS; 323 GREENWAY AVE. DARBY PA. 19023.

RESPECTFULLY NOTIFIED AND THANK YOU SINCERELY

[signature]

FEBRUARY 27, 2023





Mr. Mark Chamberlain
323 Greenway Ave.
Darby, PA. 19023

Clerk of Courts
James Byrne Rm. 2609
601 Market St.
Phila. PA. 19106