**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: MARK A. CHAMBERLAIN | COURT CASE NUMBER: 20-CV-6572 |
| DEFENDANT: JASON MORGAN (DISTRICT ATT. REP.) | TYPE OF PROCESS: CIVIL ACT. / RECEIPT & RETURN |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JASON MORGAN DIST OFFICE OF PHILA.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3 S. PENN SQ. PHILA. PA. 19107

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
MR. MARK CHAMBERLAIN
323 GREENWAY AVE.
DARBY PA. 19023

Number of process to be served with this Form 285:
Number of parties to be served in this case: 4-18-23
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

215-686-8000       9AM-3PM MON-FRI

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 610-986-3427
DATE: 4

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 4
District of Origin No.: 66
District to Serve No.: 
Signature of Authorized USMS Deputy or Clerk
Date: 4/24/23

☐ I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): 
Date: 
Time: ☐ am ☐ pm

Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy:

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
Return Unex:
Jason Morgan resigned in 2019
No Longer Works for The City of Phila.

United States Marshals Service
RECEIVED
APR 24 2023
Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: MARK A. CHAMBERLAIN | COURT CASE NUMBER: 20-CV-6572 |
| DEFENDANT: P/o TIMOTHY BOGAN #3358 | TYPE OF PROCESS: Civil Act. / Receipt & Return |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
TIMOTHY BOGAN #3358 Phila. Police Dept. Central Police Div.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
400 N. Broad St. Phila. PA. 191

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
MARK A. CHAMBERLAIN
323 Greenway Ave.
Darby PA. 19023

- Number of process to be served with this Form 285:
- Number of parties to be served in this case: 4
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 610-986-3427
DATE: 4-19-23

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 4
District of Origin No.: 66
District to Serve No.:
Signature of Authorized USMS Deputy or Clerk
Date: 4/24/23

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Milagros Colon  Data Services Support Clerk
Date: 4/25/23  Time: 9:38 ☒ am

Address (complete only different than shown above):
City of Phila Law Dept. / Tort Lit unit
1515 Arch St. 14th Fl
Phila PA 19102

Signature of U.S. Marshal or Deputy

**REMARKS**
Process accepted via Electronic Service on Behalf of Timothy Bogan

United States Marshals Service RECEIVED APR 2 4 2023 Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MARK A. CHAMBERLAIN | 20-CV-6572 |
| DEFENDANT P/O TYRA DEVEAUX #3212 | TYPE OF PROCESS CIVIL ACT. 1 |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
TYRA DEVEAUX #3212 PHILA. POLICE HEAD QUARTERS
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
400 N. BROAD PHILA. PA. 19130

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
MARK A. CHAMBERLAIN
323 GREENWAY AVE.
DARBY PA. 19023

Number of process to be served with this Form 285
Number of parties to be served in this case: 4
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 610-986-3427
DATE: 4-19-23

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 4
District of Origin No.: 66
District to Serve No.: ___
Signature of Authorized USMS Deputy or Clerk
Date: 4/24/23

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Milagros Colon Data Services Support Clerk
Address (complete only different than shown above):
City of Phila Law Dept./Tort Lit. Unit
1515 Arch St. 14th Fl
Phila PA 19102

Date: 4/25/23
Time: 9:38 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
Process accepted via Electronic Service on Behalf of Tyra Deveaux

United States Marshals Service
RECEIVED
APR 2 4 2023
Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: MARK A. CHAMBERLAIN | COURT CASE NUMBER: 20-CV-6572 |
| DEFENDANT: P/O JEFFERY GALAZKA # | TYPE OF PROCESS: CIVIL ACT./RECIEPT & RETURN |

**SERVE AT:**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JEFFERY GALAZKA #
ADDRESS: 400 N. BROAD ST. PHILA. PA. 19130

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
MARK A. CHAMBERLAIN
323 GREENWAY AVE.
DARBY PA. 19023

Number of process to be served with this Form 285:
Number of parties to be served in this case: 4
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 610-986-3427
DATE: 4-19-23

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 4
District of Origin No. 66
District to Serve No.:
Signature of Authorized USMS Deputy or Clerk
Date: 4/24/23

☐ I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Milagros Colon  Data Services Support Clerk
Date: 4/25/23   Time: 9:38 ☒ am ☐ pm

Address (complete only different than shown above):
City of Phila. Law Dept./Tort Lit. Unit
1515 Arch St. 14th Fl
Phila PA 19102

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
Process accepted via Electronic Service on Behalf of Jeffery Galazka

United States Marshals Service RECEIVED APR 24 2023 Eastern District of Pennsylvania

Form USM-285
Rev. 03/21