IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK CHAMBERLAIN,<br>　　Plaintiff, | :<br>:<br>: | |
| v. | : | CIVIL ACTION NO. 20-CV-6572 |
| THE CITY OF PHILADELPHIA, *et al.*,<br>　　Defendants. | :<br>:<br>: | |

## **O R D E R**

　　AND NOW, this 27th day of March, 2024, it is ORDERED that a TELEPHONIC PRETRIAL CONFERENCE (RULE 16) shall be held on **Monday, June 10, 2024 at 11:00 a.m.** Counsel shall use dial in number 888-204-5984 access code 3221457.

　　IT IS FURTHER ORDERED as follows:

1. The parties shall make the required initial disclosures under Fed. R.Civ. P. 26(a) within 20 days of the date of this Order;
2. The parties shall commence discovery **immediately**;
3. After consultation with counsel for all parties, counsel shall complete and submit the required Joint Status Report pursuant to Rule 26 (f);
4. Counsel shall follow Judge Schmehl's Policies and Procedures which can be found at www.paed.uscourts.gov.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey L. Schmehl
　　　　　　　　　　　　　　　　　　　　JEFFREY L. SCHMEHL, J.