**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARK CHAMBERLAIN,** : | |
| **Plaintiff,** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 20-CV-6572** |
| : | |
| **THE CITY OF PHILADELPHIA,** *et al.*, : | |
| **Defendants.** : | |

## O R D E R

      **AND NOW**, this 10th day of June, 2024, following a telephonic Rule 16 conference at which pro se Plaintiff did not appear, it is ORDERED that:

1. All fact discovery shall be completed by September 10. 2024.
2. Any dispositive motions, including a motion to dismiss for failure to prosecute, shall be filed by October 11, 2024.
3. A telephonic status conference shall be held on **Thursday, August 22, 2024, at 11:30 a.m.**  Counsel shall use dial in number 888-204-5984 access code 3221457.


BY THE COURT:


/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.