# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK CHAMBERLAIN,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-6572 |
| | : | |
| **THE CITY OF PHILADELPHIA,** *et al.*, | : | |
|     Defendants. | : | |

## O R D E R

**AND NOW**, this 22nd day of August, 2024, it is **ORDERED** that a telephonic status conference shall be held on **Friday, October 4, 2024, at 11:00 a.m.** Counsel shall use dial in number 888-204-5984 access code 3221457.

BY THE COURT:


/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**