**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARK CHAMBERLAIN, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-6572 |
| | : | |
| THE CITY OF PHILADELPHIA, *et al.*, | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 8th day of October, 2024, it is **ORDERED** that:

1. A telephonic status conference shall be held on **Tuesday, November 12, 2024, at 10:30 a.m.** Counsel and Plaintiff shall use dial in number 888-204-5984 access code 3221457.

2. Magistrate Craig M. Straw, to whom this case has been referred for settlement, shall, if possible, schedule a settlement conference within 30 days of the date of this Order.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**